In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-038 CR


____________________



EX PARTE TERRY ANDERSON







On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 2163 (95959)






MEMORANDUM OPINION


 On January 2, 2007, the trial court denied Terry Anderson's application for writ of
habeas corpus without conducting an evidentiary hearing or issuing the writ of habeas
corpus. We questioned our jurisdiction over the appeal. We received no response.

 No appeal lies from the refusal to issue a writ of habeas corpus unless the trial court
rules on the merits of the application. Ex parte Hargett, 819 S.W.2d 866 (Tex. Crim. App.
1991); Ex parte Noe, 646 S.W.2d 230 (Tex. Crim. App. 1983). In this case, the trial court
did not address the merits of Anderson's petition. The trial court did not issue a writ of
habeas corpus, nor did the court conduct an evidentiary hearing on the application for the
writ. Compare Ex parte Silva, 968 S.W.2d 367 (Tex. Crim. App. 1998); Ex parte
McCullough, 966 S.W.2d 529 (Tex. Crim. App. 1998). We hold we have no jurisdiction
over this appeal. Accordingly, it is ordered that the appeal be dismissed for want of
jurisdiction.

 APPEAL DISMISSED.




 _______________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered March 7, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.